```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| DANIEL GALLAGHER,<br><br>    Plaintiff,<br><br>  v.<br><br>ATLANTIC CITY BOARD OF<br>EDUCATION, et al.,<br><br>    Defendants. | Civil No. 08-3262 (RBK) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on August 20, 2008; and the Court noting the following appearances: Daniel J. Gallagher, Esquire, appearing on behalf of the plaintiff; and Gregory S. Hyman, Esquire, Mark Toscano, Esquire, and J. Ash, Esquire, appearing on behalf of the defendants.

IT IS this **20th** day of **August, 2008,** hereby **ORDERED:**

1. Plaintiff's motion to amend his complaint shall be filed by **September 15, 2008**.

2. Counsel shall make Fed. R. Civ. P. 26(a) disclosures on or before **September 20, 2008**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge